IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH E. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3145 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD T. SMITH, in his official | ) | ORDER ON MOTION TO EXTEND |
| capacity, BURDETTE SEARCEY, Dep., in | ) | PLAINTIFFS' RESPONSE TO MOTION |
| his official and individual capacities, | ) | FOR SUMMARY JUDGMENT |
| GERALD LAMKIN, Dep., in his official | ) | |
| and individual capacities, KENT HARLAN, | ) | |
| Dep., in his official and individual | ) | |
| capacities, MARK MEINTS, Dep., in his | ) | |
| official and individual capacities, JERRY O. | ) | |
| DEWITT, Sheriff, in his official and | ) | |
| individual capacities, WAYNE R. PRICE, | ) | |
| PhD., in his official and individual | ) | |
| capacities, and COUNTY OF GAGE, | ) | |
| NEBRASKA, a Nebraska political | ) | |
| subdivision, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Extend Plaintiffs' Response to Motion for Summary Judgment, filing 103, is granted.

Dated November 3, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge