IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH E. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3145 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD T. SMITH, in his official capacity, BURDETTE SEARCEY, Dep., in his official and individual capacities, GERALD LAMKIN, Dep., in his official and individual capacities, KENT HARLAN, Dep., in his official and individual capacities, MARK MEINTS, Dep., in his official and individual capacities, JERRY O. DEWITT, Sheriff, in his official and individual capacities, WAYNE R. PRICE, PhD., in his official and individual capacities, and COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF |
| Defendants. | ) ) | |

    IT IS ORDERED that the Motion for Extension of Time to File Reply Brief, filing 126, is granted and the defendants shall have on or before January 23, 2011, to file and serve their reply.

    Dated December 29, 2010.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge