IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH E. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3145 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD T. SMITH, in his official capacity, BURDETTE SEARCEY, Dep., in his official and individual capacities, GERALD LAMKIN, Dep., in his official and individual capacities, JERRY O. DEWITT, Sheriff, in his official and individual capacities, WAYNE R. PRICE, PhD., in his official and individual capacities, and COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, | ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Pursuant to the Consent for Order of Revivor and Substitution of Party for Joseph E. White, Deceased, (filing no. 140),

IT IS ORDERED:

1) The claims of Joseph E. White, deceased, are revived.

2) Carroll T. White, as Personal Representative of the Estate of Joseph White, deceased, is the named plaintiff in this action.

3) The clerk shall modify the docket sheet to correctly name the plaintiff herein.

DATED this 17th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge