IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARROLL T. WHITE, as Personal Representative of the Estate of Joseph White, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3145 |
| v. | ) ) | |
| | ) | MEMORANDUM AND ORDER |
| RICHARD T. SMITH, in his official capacity, et. al., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The defendants' unopposed motion to stay, (filing no. 144), is granted.

2) The progression of this case is stayed pending a ruling on defendants' anticipated motion to reconsider and/or for interlocutory review by the Court of Appeals for the Eighth Circuit.

DATED this 19th day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge