IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH E. WHITE and KATHLEEN A. GONZALEZ,<br><br>    Plaintiffs,<br><br>  vs.<br><br>GAGE COUNTY, NEBRASKA, et. al,<br><br>    Defendants. | 4:09CV3145<br><br>**ORDER OF REVIVOR** |

  Plaintiff Joseph E. White is deceased.  The parties have moved that Carroll T. White, the current Personal Representative for Joseph E. White, be replaced by Lois P. White, Personal Representative of the Estate Joseph E. White, as the plaintiff in this case.

  Jerry O. DeWitt, a defendant in the above-entitled actions, is deceased.  Ryan L. Timmerman has been duly appointed as the Personal Representative of the Estate of Jerry O. DeWitt.

  Upon consideration of the parties' stipulations,

  IT IS ORDERED:

1) The stipulations of the parties, (Filing Nos. 165 and 168), are granted.

2) Lois P. White, Personal Representative of the Estate of Joseph E. White, is hereby substituted for Carroll T. White, Personal Representative of the Estate of Joseph E. White, as Plaintiff Joseph E. White in the above-entitled action. All case captions and the court's docket sheet shall be amended accordingly.

3) Ryan L. Timmerman, Personal Representative of the Estate of Jerry O. DeWitt, is hereby substituted for Jerry O. DeWitt as a defendant in the above-entitled action. All case captions and the court's docket sheet shall be amended accordingly.

February 6, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge