IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased,<br><br>          Plaintiff,<br><br>   vs.<br><br>GAGE COUNTY, NEBRASKA, et al,<br><br>          Defendants. | 4:09CV3145<br><br>MEMORANDUM AND ORDER |

The court's docket sheet for the above-captioned action identifies both the Estate of Joseph White and Kathleen Gonzalez as named plaintiffs. After reviewing the court docket, the undersigned magistrate judge discovered Kathleen Gonzalez was added to the docket sheet as a named plaintiff in this case on September 2, 2011. That entry was incorrect. Kathleen Gonzalez has never been a plaintiff in this action.

Accordingly,

IT IS ORDERED:

1) The Court filings in this case which identify Kathleen Gonzalez as a named plaintiff in the caption (See District Court Filing Nos. 152, 156 & 169 and Eighth Circuit Filing Nos. 160 through 164), are incorrect in that Kathleen Gonzalez is not, and has never been, a named plaintiff in this case.

2) The clerk shall correct the court's docket accordingly.

Dated this 7th day of February, 2013.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge