IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased;<br><br>                    Plaintiff,<br><br>     vs.<br><br>COUNTY OF GAGE, NEBRASKA, a Nebraska political subdivision, et. al;<br><br>                    Defendants. | 4:09CV3145<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)      A telephonic conference before the undersigned magistrate judge will be held on April 4, 2013 at 1:00 p.m. to discuss the further progression of this case. Counsel for plaintiff shall place the call.

2)      Prior to the conference call, the parties shall discuss the proposed schedule for preparing this case for trial, including when they believe discovery will be complete; the deadlines for disclosing any anticipated expert reports or for filing any anticipated dispositive motions; and their proposed trial and pretrial conference dates.

March 28, 2013.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge