IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD T. SMITH, in his official capacity; BURDETTE SEARCEY, Dep., in his official and individual capacities; WAYNE R. PRICE, PhD., in his official and individual capacities; RYAN L. TIMMERMAN, AND as Personal Representative of the Estate of Jerry O. DeWitt, deceased; and STEPHANIE CALDWELL,<br><br>Defendants. | 4:09CV3145<br><br>**SHOW CAUSE ORDER** |

The courts records show the Office of the Clerk of Court sent a notice on December 23, 2015 (Filing No. 472) to: attorney Douglas J. Stratton, by electronic filing. The notice directed the attorney to pay the 2015/2016 attorney assessment fee, as required by NEGenR 1.7(h), within thirty days. As of the close of business on January 22, 2016, the attorney has not complied with the request set forth in the notice from the Office of the Clerk.

IT IS ORDERED:

**On or before May 4, 2016**, attorney Douglas J. Stratton , shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in the court removing Douglas J. Stratton as counsel of record in this case.

April 4, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge