IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOIS P. WHITE, as Personal Representative of the Estate of Joseph White, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD T. SMITH, et al.<br><br>Defendants. | 4:09CV3145<br><br><br>**ORDER** |

IT IS ORDERED that the Withdrawal of Pleading (Filing 747) filed by interveners Holyoke, Snyder, Longoria, Reichert & Rice, PC, LLO, treated as a motion, is granted, and the Notice of Attorney's Lien (Filing 745) that was filed by interveners on May 27, 2021, is deemed withdrawn.

Dated this 28th day of July 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge